# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| Texas Voters Alliance, Donnie Wisenbaker, Alan Vera, Russell Hayter and Warren Johnson<br><br>Plaintiffs,<br><br>vs.<br><br>Dallas County, Harris County, Hays County, Hopkins County,<br><br>Defendants. | Case _4:20-cv-775_____<br><br><br><br><br><br>**Motion for Temporary Restraining Order** |

## MOTION

Plaintiffs Texas Voters Alliance, Donnie Wisenbaker, Alan Vera, Russell Hayter and Warren Johnson, by and through undersigned counsel, hereby move this Court to issue a temporary restraining order enjoining the Dallas, Harris, Hays, and Hopkins County from accepting or using CTCL's private federal election grant and other similar private federal election grants. In addition the motion will request Texas counties and cities be enjoined from soliciting or participating in public private partnerships with CTCL unless the same are first approved by the State of Texas. The motion for temporary restraining order is supported by the Plaintiffs' memorandum of law filed in support of their motion, a declaration and attached exhibits, and arguments of counsel.

Dated:  October 9, 2020.

*/s/ Clyde Siebman*
Clyde Siebman, Texas No. 18341600
Special Counsel for the Amistad Project
of Thomas More Society
Siebman, Forrest, Burg & Smith, LLP
300 North Travis Street, Sherman, Texas 75090
Telephone:   (903) 870-0070
Facsimile:    (903) 870-0066
E-mail : clydesiebman@siebman.com

Erick G. Kaardal, Minn. No. 1035141*
Special Counsel to Amistad Project
of the Thomas More Society
Mohrman, Kaardal & Erickson, P.A.
150 South Fifth Street, Suite 3100
Minneapolis, Minnesota 55402
Telephone: 612-341-1074
Facsimile:  612-341-1076
Email:  kaardal@mklaw.com
*Attorneys for Plaintiffs*


*Admission application pending or forthcoming