UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Texas Voters Alliance, Warren Johnson, Alan Vera, Russell Hayter and Donnie Wisenbaker,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>Dallas County, Harris County, Hays County, Hopkins County,<br><br>　　　　　　　Defendants. | Civil Action No. 4:20-cv-00775<br>Judge Mazzant |

## ORDER OF DISMISSAL

Pending before the Court is the Notice of Dismissal (the "Notice") (Dkt. #30).

Federal Rule of Civil Procedure 41(a)(1) provides that a plaintiff may voluntarily dismiss an action without court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." FED. R. CIV. P. 41(a)(1). As such, formal court action is not necessary in this case. However, the Court finds that in the interest of efficiency, justice, and maintaining the clarity of the record, an entry of order of dismissal is appropriate.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that this entire action, and all of the claims asserted therein, be **DISMISSED PURSUANT TO RULE 41(a)(1)(A)(i) WITHOUT PREJUDICE.** Each party shall bear its own costs.

All relief not previously granted is hereby **DENIED**, and the Clerk is directed to **CLOSE** this civil action.

**SIGNED this 9th day of December, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE